IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DANNY GREHAN and
PATRICE J. WINGO

VS.                                                    CIVIL ACTION NO. 3:09CV34-MPM-DAS

HOGAN TRANSPORTS, INC., ET AL.

## ORDER

This matter is before the court on motion of the defendants to quash the subpoena *duces tecum* served on Barr-Nunn Transportation (# 25). The defendants filed the present motion on November 12, 2009. There has been no response filed, and thus, the court assumes the plaintiffs concede the motion.

IT IS, THEREFORE, ORDERED that the defendants' motion to quash the subpoena *duces tecum* served on Barr-Nunn Transportation (# 25) is hereby GRANTED.

SO ORDERED, this the 18th day of December 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE